

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/24/08 |

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 21, 2008

RECEIVED
MAR 21 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND**
The Honorable P. Kevin Castel
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 2260
New York, NY 10007

      Re:    *Sulton v. Peters*, 08 Civ. 2435 (PKC)

Dear Judge Castel:

      The Government respectfully writes to seek an extension of time to answer the complaint in the above-referenced case, until April 15, 2008. This employment discrimination case was recently transferred pursuant to 28 U.S.C. § 1406 from the District of Columbia to the Southern District of New York by the Honorable Emmet G. Sullivan. *See Sulton v. Peters*, 07 Civ. 1470 (D.D.C.) (EGS). This is the second time this case has been in the Southern District of New York. The plaintiff previously filed a complaint alleging employment discrimination against the Secretary of Transportation, but voluntarily dismissed the case in order to pursue the litigation in the District of Columbia. *See Sulton v. Mineta*, 06 Civ. 11363 (RWS).

      Although the plaintiff is currently listed as *pro se* in this case, he is in fact represented by counsel – Ms. Anne Sulton, Esq. Ms. Sulton's address and phone number are listed below. Ms. Sulton has informed the Government that she is currently in the process of retaining local counsel and will shortly be filing a motion for admission *pro hac vice*. Ms. Sulton has indicated that plaintiff consents to the Government's request for an extension of time to answer the complaint.

      In addition, the Government notes that, while the case was still pending in the District of Columbia, the plaintiff filed a motion for partial summary judgment. The motion was opposed by the U.S. Attorney's Office for the District of Columbia, but Judge Sullivan did not render a decision on the motion. Plaintiff's counsel has agreed that this motion should be held in abeyance, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, until the end of discovery. At such time, this Office will likely seek leave to re-brief the motion.

*Approved [signature]*
*SO [signature]*

Thank you for your consideration of this request.

          Respectfully,

          MICHAEL J. GARCIA
          United States Attorney

By:   _[signature]_
    JOHN D. CLOPPER
    Assistant United States Attorney
    Telephone: (212) 637-2716
    Facsimile: (212) 637-0033

cc: Anne Sulton, Esq. (via email)
   Sulton Law Offices
   P.O. Box 2763
   Olympia, WA 98507
   annesulton@gmail.com
   (360) 870-6000

---

*Handwritten annotation:*

(District of Columbia Docket # 11)

Time to respond to complaint extended to April 15, 2008. The motion for summary judgment is deemed withdrawn without prejudice to refiling after the close of discovery. I will require new briefing after all Rule 56(f) claims or protective claims are concluded.

SO ORDERED

_[signature]_
3-24-08