MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Tel.: (212) 637-2716
Fax: (212) 637-0033
Email: john.clopper@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JAMES E. SULTON,                                          :
                    Plaintiff,       :
                                     :
     v.                                                     :
                                     :       08 CV 2435 (PKC) (HBP)
MARY E. PETERS, SECRETARY,                                :
DEPARTMENT OF TRANSPORTATION                              :
                                     :       NOTICE OF APPEARANCE
                  Defendant.       :
                                     :
---------------------------------------------------------------x

       To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for MARY E. PETERS.  I certify that

I am authorized to represent the United States in this District.

Dated: New York, New York
       April 2, 2008

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                        By:    /s/ John Clopper
                                          JOHN D. CLOPPER
                                          Assistant United States Attorney
                                          86 Chambers Street
                                          New York, New York 10007
                                          Telephone: (212) 637-2716
                                          Facsimile: (212) 637-0033
                                          Email: john.clopper@usdoj.gov