AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

JAMES E. SULTON, III,

    Plaintiff,

- against -

MARY E. PETERS
Secretary, United States
Department of Transportation,

    Defendant.

APPEARANCE

Case Number: 08 Civ. 2435 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiff James E. Sulton, III

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 25, 2008 | _[signature]_ |
| Date | Signature |
| | Ethan A. Brecher     EB 3425 |
| | Print Name     Bar Number |
| | Liddle & Robinson, L.L.P. |
| | 800 Third Avenue |
| | Address |
| | New York    N.Y.    10022 |
| | City    State    Zip Code |
| | (212) 687-8500    (212) 687-1505 |
| | Phone Number    Fax Number |