UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAMES E. SULTON, III,                                        :    08 Civ. 2435 (PKC)
                                                             :
                Plaintiff,                      :    **MOTION TO ADMIT**
                                                             :    **COUNSEL**
    -against-                                             :    **PRO HAC VICE**
                                                             :
MARY E. PETERS,                                              :
Secretary, United States                                     :
Department of Transportation                                 :
                                                             :
                Defendant.                      :
------------------------------------------------------------ X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, ETHAN A. BRECHER, a member in good standing the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

ANNE SULTON
Sulton Law Offices
P.O. Box 2763
Olympia, WA 98507
(360) 870-6000

ANNE SULTON is a member in good standing of the Bar of the States of Colorado and Wisconsin.

There are no pending disciplinary proceedings against ANNE SULTON in any State or Federal court.

Dated: April 25, 2008
       New York, New York

                                              Respectfully submitted,
                                              By:_____
                                                  Ethan A. Brecher (EB 3425)
                                           Liddle & Robinson, L.L.P.
                                           800 Third Avenue
                                           New York, New York 10022
                                           (212) 687-8500
                                           (212) 687-1505

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JAMES E. SULTON, III,

        Plaintiff,      **AFFIDAVIT OF SERVICE BY MAIL**

    -against-

MARY E. PETERS,
Secretary, United States
Department of Transportation

        Defendant.
------------------------------------------------------------------ X

  The undersigned being duly sworn deposes and says:
I am not a party to the action, am over 18 years of age and reside at 250 West 50th Street, Apt. 19N, New York, New York 10019. On April 25, 2008, I served the **MOTION TO ADMIT COUNSEL PRO HAC VICE** on the following:

 John Dalton Clopper, Esq.
 U.S. Attorney's Office, SDNY
 86 Chambers Street
 New York, NY 10004

The address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Sworn to before me
this 25th day of April, 2008.

_____
Notary Public

             _____
                 Amy Stutius

BETTY MORALES
Notary Public, State of New York
No. 01MO6024761
Qualified in New York County
Commission Expires May 17, 20 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAMES E. SULTON, III,                              :     08 Civ. 2435 (PKC)
                                                   :
                      Plaintiff,           :     **ORDER FOR ADMISSION**
                                                   :     **PRO HAC VICE**
      -against-                                   :     **ON WRITTEN MOTION**
                                                   :
MARY E. PETERS,                                    :
Secretary, United States                           :
Department of Transportation                       :
                                                   :
                      Defendant.           :
-------------------------------------------------------------- X

Upon the motion of Ethan A. Brecher, attorney for James E. Sulton, III, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Anne Sulton
    Sulton Law Office
    P.O. Box 2763
    Olympia, WA 98507
    (360) 870-6000
    AnneSulton@gmail.com

is admitted to practice pro hac vice as counsel of James E. Sulton, III in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April ____, 2008
       New York, New York


                                                        _____
                                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JAMES E. SULTON, III,                                              :
                                                                   :   **AFFIDAVIT OF SERVICE BY**
                Plaintiff,                                    :   **MAIL**
                                                                   :
              -against-                                        :
                                                                   :
MARY E. PETERS,                                                    :
Secretary, United States                                           :
Department of Transportation                                       :
                                                                   :
                Defendant.                                    :
------------------------------------------------------------------ X

    The undersigned being duly sworn deposes and says:
I am not a party to the action, am over 18 years of age and reside at 250 West 50th Street, Apt. 19N, New York, New York 10019. On April 25, 2008, I served the **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** on the following:

    John Dalton Clopper, Esq.
    U.S. Attorney's Office, SDNY
    86 Chambers Street
    New York, NY 10004

The address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Sworn to before me
this 25th day of April, 2008.

_____
Notary Public

                                                _____
                                                Amy Stutius

BETTY MORALES
Notary Public, State of New York
No. 01MO6024761
Qualified in New York County
Commission Expires May 17, 20__

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

## CERTIFICATE OF GOOD STANDING

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

ANNE T. SULTON

*was admitted to practice as an attorney within this state on August 29, 1985 and is presently in good standing in this court.*

Dated: April 1, 2008

*signature*

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**ANNE THOMAS SULTON**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **1st** day of **November** A. D. **1993** and that at the date hereof the said **ANNE THOMAS SULTON** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **3rd** day of **April** A. D. **2008**

*Susan J. Festag*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JAMES E. SULTON, III,                                      :    08 Civ. 2435 (PKC)
                                                           :
                Plaintiff,                                  :    **AFFIDAVIT OF ETHAN A.**
                                                           :    **BRECHER IN SUPPORT OF**
      -against-                                          :    **MOTION TO ADMIT**
                                                           :    **COUNSEL PRO HAC VICE**
MARY E. PETERS,                                            :
Secretary, United States                                   :
Department of Transportation                               :
                                                           :
                Defendant.                                  :
-------------------------------------------------------------------- X

ETHAN A. BRECHER, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Liddle & Robinson, L.L.P., local counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit ANNE SULTON as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York and this Court in 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I became acquainted with Ms. Sulton in March 2008.

4. Ms. Sulton is a partner at Sulton Law Offices, in Olympia, Washington.

5. I believe Ms. Sulton to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure. She is also admitted to the bar of the states of Colorado and Wisconsin.

6. Accordingly, I am pleased to move the admission of Anne Sulton, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Anne Sulton, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Anne Sulton, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 25, 2008
  New York, New York

By: _____
    Ethan A. Brecher

Sworn to before me
this 25th day of April, 2008.

_____
Notary Public

BETTY MORALES
Notary Public, State of New York
No. 01MO6024761
Qualified in New York County
Commission Expires May 17, 20 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JAMES E. SULTON, III,

                Plaintiff,

         -against-

MARY E. PETERS,
Secretary, United States
Department of Transportation

                Defendant.
------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE BY MAIL**

    The undersigned being duly sworn deposes and says:
I am not a party to the action, am over 18 years of age and reside at 250 West 50th Street, Apt. 19N, New York, New York 10019. On April 25, 2008, I served the **AFFIDAVIT OF ETHAN A. BRECHER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** on the following:

    John Dalton Clopper, Esq.
    U.S. Attorney's Office, SDNY
    86 Chambers Street
    New York, NY 10004

The address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Sworn to before me
this 25th day of April, 2008.

_____
Notary Public

_____
Amy Stutius

BETTY MORALES
Notary Public, State of New York
No. 01MO6024761
Qualified in New York County
Commission Expires May 17, 20__