UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JAMES E. SULTON, III,                    :   08 Civ. 2435 (PKC)
                                         :
                Plaintiff,               :   **ORDER FOR ADMISSION**
                                         :   **PRO HAC VICE**
        -against-                        :   **ON WRITTEN MOTION**
                                         :
MARY E. PETERS,                          :   USDS SDNY
Secretary, United States                 :   DOCUMENT
Department of Transportation             :   ELECTRONICALLY FILED
                                         :   DOC #: _____
                Defendant.               :   DATE FILED: 4/30/08
---------------------------------------------------------------- X

Upon the motion of Ethan A. Brecher, attorney for James E. Sulton, III, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Anne Sulton
        Sulton Law Office
        P.O. Box 2763
        Olympia, WA 98507
        (360) 870-6000
        AnneSulton@gmail.com

is admitted to practice pro hac vice as counsel of James E. Sulton, III in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 20, 2008
       New York, New York

                                                _____
                                                United States District Judge