```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES E. SULTON, III,                    :
                                         :
                                         :
              Plaintiff,                 :
                                         :     08 Civ.2435 (PKC)
    - against -                          :
                                         :
                                         :     REVISED CIVIL CASE
                                         :     MANAGEMENTPLAN AND
                                         :     SCHECULING ORDER
MARY E. PETERS                           :
              Defendant.                 :
                                         :
------------------------------------------------------------x

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to  *October 17, 2008*

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to *December 5, 2008* ;

3. Other directions to the parties:

4. The next Case Management Conference [the Final Pretrial Conference] will be held on *October 31, 2008* at *2.00* am/(pm). ~~Any conference scheduled for a date prior thereto~~ is adjourned.  /The September 19

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

2

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
         7-1-08